IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKHILL INSURANCE COMPANY,<br>　　　　Plaintiff–Counter-Defendant,<br><br>　　v.<br><br>HIGH END DEVELOPMENT, INC.,<br>a California corporation,<br>　　　　Defendant–Counter-Plaintiff,<br><br>　　and<br><br>UNITED SPECIALTY INSURANCE COMPANY,<br>　　　　Defendant–Intervenor. | Case No. 3:22-cv-03104-RFL<br><br>[PROPOSED]<br>**FINAL JUDGMENT** |

For the reasons stated in the Court's Stipulated Order of Rescission, it is the final judgment, order, and decree of the Court that the Rockhill Policies (policy numbers ENVP020272-00 and ENVE020274-00) are fully and finally **RESCINDED as void *ab initio***. All remaining claims and counterclaims in this action are **DISMISSED WITH PREJUDICE**, with each party responsible for its own attorneys' fees and costs. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: January 27, 2025

_____
Hon. Rita F. Lin
United States District Judge